STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.3809        AND FILED ON        5/15/2007

---

| THE GUARDIAN NEWS, INC., | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| VILLAGE OF DOBBS FERRY, NEW YORK | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  **5/21/2007**  at  **2:10PM**, deponent did serve the within process as follows:

**Process Served:** SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

**Party Served:** VILLAGE OF DOBBS FERRY, NEW YORK      (herein called recipient) therein named.

**At Location:** 112 MAIN STREET
DOBBS FERRY NY

By delivering to and leaving with **ALISSA SCALA** and that deponent knew the person so served to be the **INTERMEDIATE CLERK** of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND/BRN |
|---|---|---|---|---|---|
| Age | 23/26 | Height | 5'4" | | |
| Weight | 130 | Other Features | | | |

Sworn to before me on   5/22/2007

_signature: Gail Williams_

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_signature: John Axelrod_

John Axelrod
Server's License#: