UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

THE GUARDIAN NEWS, INC.,

        Plaintiff,

-against-

VILLAGE OF DOBBS FERRY, New York,

        Defendant.

----------------------------------------------------------------X

    It is hereby stipulated and consented that Rice & Amon, Four Executive Boulevard, Suite 100, Suffern, New York 10901, be and hereby are substituted in place and instead of Thacher, Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606, as attorneys for the Defendant in this action and that this substitution be entered into effect without further notice.

Dated: July 2, 2007

Thacher, Proffitt & Wood LLP

_____
By: Kevin J. Plunkett

Rice & Amon

_____
By: Terry Rice