# DelBello Donnellan Weingarten
# Wise & Wiederkehr, LLP

COUNSELLORS AT LAW

THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

(914) 681-0200
FACSIMILE (914) 684-0288

Thomas R. Beirne
Brian T. Belowich°
Richard Bemporad
Ann Farrissey Carlson°
Alfred B. DelBello
Alfred E. Donnellan†
Janet J. Giris▼
Frank J. Haupel
Paul I. Marx†
Faith G. Miller
Kevin J. Plunkett■
Patrick M. Reilly
Bradley D. Wank★
James J. Sullivan
Mark P. Weingarten°
Lee S. Wiederkehr
Peter J. Wise, AICP †

Jacob E. Amir
Stefanie A. Bashar°
Matthew S. Clifford†
Jennifer M. Jackman°
Jennifer A. Lofaro°
Susan Currie Morehouse
Perry M. Ochacher
Stephan A. Rapaglia
Bianca L. Resmini°
Michael J. Schwarz°
Daniel G. Walsh
Evan Wiederkehr
Kristen Kelley Wilson°
Heidi Winslow

Andrew J. Balint
Richard A. Katzive
Brandon R. Sall★
Eliot M. Schuman
David R. Selznick & Co., LLP

COUNSEL

°MEMBER OF NY & CT BARS
†MEMBER OF NY & NJ BARS
★MEMBER OF NY & DC BARS
▼MEMBER OF NY, NJ & MA BARS
■MEMBER OF NY & FL BARS
★MEMBER OF NY, NJ, CT & FL BARS

April 21, 2008

Jonathan Lovett, Esq.
Lovett & Gould
222 Bloomingdale Road – Suite 305
White Plains, NY 10605

     Re: The Guardian News, Inc. v. Village of Dobbs Ferry, New York
        <u>07-cv-03809 (CLB)</u>

Dear Jonathan,

  Last Friday, a question arose in front of United States District Court Judge Charles Brieant, as to the status of the above-referenced litigation and whether I was representing the Village of Dobbs Ferry's interests.

  Today, my office confirmed with Terry Rice, Esq. of the firm Rice & Amon that he has appeared on behalf of the Village and continues to represent the Village's interests. Enclosed is the United States District Court docket sheet showing that Terry Rice, Esq. appeared and was substituted as counsel in this matter on July 13, 2007.

  If you have any further questions, please do not hesitate to contact me.

            Very truly yours,

            Kevin J. Plunkett

Enclosure

cc: ✓Hon. Charles L. Brieant (w/enclosure)
   Terry Rice, Esq. (w/enclosure)

1244652.doc
3018911-129

ECF, RELATED

# U.S. District Court
## United States District Court for the Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:07-cv-03809-CLB

| | |
|---|---|
| The Guardian News, Inc. v. Village of Dobbs Ferry, New York | Date Filed: 05/15/2007 |
| Assigned to: Judge Charles L. Brieant | Jury Demand: Both |
| Related Case: 7:07-cv-02862-CLB | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**The Guardian News, Inc.**                represented by **Jonathan Lovett**
Lovett & Gould
222 Bloomingdale Road - Suite 305
White Plains, NY 10605
(914) 428-8401
Fax: (914) 428-8916
Email: jlovett@lovett-gould.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Village of Dobbs Ferry, New York**          represented by **Kevin Joseph Plunkett**
*Village of Dobbs Ferry, New York*            Thacher Proffitt & Wood, LLP(White Plains)
50 Main Street
White Plains, NY 10601
(914) 421-4155
Fax: (914) 421-4150
Email: KJP@DDW-LAW.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2007 | 1 | COMPLAINT against Village of Dobbs Ferry, New York. (Filing Fee $ 350.00, Receipt Number 606427)Document filed by The Guardian News, Inc..(ll) (Entered: 05/15/2007) |
| 05/15/2007 | | SUMMONS ISSUED as to Village of Dobbs Ferry, New York. (ll) (Entered: 05/15/2007) |

| 05/15/2007 | | CASE REFERRED TO Judge Charles L. Brieant as possibly Related to 7:07-cv-02862. (ll) (Entered: 05/16/2007) |
|---|---|---|
| 05/15/2007 | | Case Designated ECF. (mde) (Entered: 05/18/2007) |
| 05/16/2007 | | CASE ACCEPTED AS RELATED. Create association to 7:07-cv-02862-CLB. Notice of Assignment to follow. (mde) (Entered: 05/18/2007) |
| 05/16/2007 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Charles L. Brieant. Judge Unassigned is no longer assigned to the case. (mde) (Entered: 05/18/2007) |
| 05/16/2007 | | Magistrate Judge George A. Yanthis is so designated. (mde) (Entered: 05/18/2007) |
| 05/23/2007 | 3 | AFFIDAVIT OF SERVICE. Village of Dobbs Ferry, New York served on 5/21/2007, answer due 6/11/2007. Service was accepted by Alissa Scala, Intermediate Clerk. Document filed by The Guardian News, Inc.. (Lovett, Jonathan) (Entered: 05/23/2007) |
| 06/11/2007 | 4 | ANSWER to Complaint with JURY DEMAND. Document filed by Village of Dobbs Ferry, New York.(Plunkett, Kevin) (Entered: 06/11/2007) |
| 07/13/2007 | 5 | NOTICE of Substitution of Attorney. Old Attorney: Thacher, Proffitt & Wood LLP, New Attorney: Rice & Amon, Address: Rice & Amon, Four Executive Boulevard, Suite 100, Suffern, New York, USA 10901, (845) 357-4000. Document filed by Village of Dobbs Ferry, New York. (Rice, Terry) (Entered: 07/13/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/21/2008 13:40:17 | | | |
| **PACER Login:** | db0138 | **Client Code:** | For PACER use only |
| **Description:** | Docket Report | **Search Criteria:** | 7:07-cv-03809-CLB |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |