UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

THE GUARDIAN NEWS, INC.,

                Plaintiff,        **STIPULATION OF DISCONTINUANCE**

-against-

VILLAGE OF DOBBS FERRY, New York,    07 Civ. 3809 (CLB)

                Defendant.

----------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for their respective parties in the above-entitled action that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued without prejudice, without costs, disbursements or attorneys fees to either party as against the other.

      This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June    , 2008

Lovett & Gould, LLP

_/s/ Lovett (4854)_
By:
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

Rice & Amon

By: Terry Rice (TR 1022)
Attorneys for Defendants
Four Executive Boulevard
Suite 100
Suffern, New York 10901
(845) 357-4000

So Ordered
_/s/ Charles L. Brieant_ USDJ
7/9/08